IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ACandS, INC., | Bankruptcy Case No. 02-12687 (JKF) |
| MICHAEL POPE, ANTHONY DeFABBO, ERIC TRAVERS,<br>        Appellants,<br>v.<br>DAN B. LAIN, et al.,<br>        Appellees. | Civil Action No. 04-01406 (JJF) |

### NOTICE OF HEARING ON JULY 13, 2005 AT 11:00 A.M.

PLEASE TAKE NOTICE that on July 13, 2005, at 11:00 a.m., at the United States District Court for the District of Delaware, 844 N. King Street, J. Caleb Boggs Federal Courthouse, Courtroom 4B, Wilmington, Delaware 19801, the Honorable Joseph J. Farnan, Jr., United States District Court Judge, will hold a hearing upon the appeal in the above-captioned case filed by Michael Pope, Anthony DeFabbo, Eric Travers (the "Appellants") of the Order of the Bankruptcy Court entered on October 28, 2004 [Docket No. 1590], by the Honorable Judith K. Fitzgerald, United States Bankruptcy Court Judge, dismissing the amended complaint to avoid certain transfers that the Appellants filed against the Debtor in the Debtor's bankruptcy case.

*[Remainder of Page Intentionally Left Blank]*

This matter will be the subject of the July 13, 2005 hearing scheduled by the District Court.

Dated: \_\_\_\_6/15\_\_\_\_, 2005

                PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

                */s/ Laura Davis Jones*
                Laura Davis Jones (Bar No. 2436)
                Curtis A. Hehn (Bar No. 4264)
                Alan J. Kornfeld (CA Bar No. 130063)
                David M. Bertenthal (CA Bar No. 167624)
                919 North Market Street, 16th Floor
                P.O. Box 8705
                Wilmington, DE 19899-8705 (Courier 19801)
                Telephone: (302) 652-4100
                Facsimile: (302) 652-4400
                Counsel to ACandS, Inc.
                Debtor and Debtor-in-Possession