**Hand Delivery**
(Local Counsel to Anthony DeFabbo
and Michael Pope)
Christopher D. Loizides
1200 Pennsylvania Avenue
Suite 202 West
Wilmington, DE 19806

**Overnight Delivery**
(Counsel to Anthony DeFabbo
and Michael Pope)
Joseph O. Pope
Nicole Tuman, Esquire
Cohen Pope PLLC
1633 Broadway, 20th Floor
New York, NY 10019

**Overnight Delivery**
(Counsel to Anthony DeFabbo
and Michael Pope)
Joseph O. Pope
Nicole Tuman, Esquire
Cohen Pope PLLC
1633 Broadway, 20th Floor
New York, NY 10019