IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ACandS, INC., | Bankruptcy Case No. 02-12687 (JKF) |
| MICHAEL POPE, ANTHONY DeFABBO, ERIC TRAVERS,<br>   Appellants,<br> v.<br>DAN B. LAIN, et al.,<br>   Appellees. | Civil Action No. 04-01406 (JJF) |

### NOTICE OF CONTINUANCE OF JULY 13, 2005 HEARING

PLEASE TAKE NOTICE that the United States District Court for the District of Delaware has continued the hearing upon the appeal in the above-captioned case filed by Michael Pope, Anthony DeFabbo and Eric Travers that was scheduled for July 13, 2005, at 11:00 a.m.

Dated: July 7, 2005

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

*[signature]*

Laura Davis Jones (Bar No. 2436)
Curtis A. Hehn (Bar No. 4264)
Alan J. Kornfeld (CA Bar No. 130063)
David M. Bertenthal (CA Bar No. 167624)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Counsel to ACandS, Inc.
Debtor and Debtor-in-Possession