IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ACandS, INC., | Bankruptcy Case No. 02-12687 (JKF) |
| MICHAEL POPE, ANTHONY DeFABBO, ERIC TRAVERS,<br>　　　　Appellants,<br>　v.<br>DAN B. LAIN, et al.,<br>　　　　Appellees. | Civil Action No. 04-01406 (JJF) |

### AFFIDAVIT OF SERVICE

Timothy M. O'Brien, being duly sworn according to law, deposes and says that he is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. and that on the 7th day of July, 2005 he caused a copy of the following document to be served upon the parties on the attached service list in the manner indicated:

1.　　Notice of Continuance of July 13, 2005 Hearing.

Dated: July 7, 2005

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Timothy M. O'Brien

Sworn to and subscribed before
me this 7th day of July, 2005

_____
Notary Public
My Commission Expires: 02/11/06

HOLLY T. WALSH
Notary Public - Delaware
My Comm. Expires Feb. 11, 2006

00361-001\DOCS_DE:109052.1