*Via Hand Delivery*
(Local Counsel to Anthony DeFabbo
and Michael Pope)
Christopher Loizides, Esq.
1200 Pennsylvania Avenue
Suite 202 West
Wilmington, DE 19806

*Via First Class Mail*
(Counsel to Anthond DeFabbo
and Michael Pope)
Joseph O. Pope, Esq.
Nicole Tuman, Esq.
Cohen Pope PLLC
1633 Broadway, 20th Floor
New York, NY 10019