IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ACandS, Inc. | ) | Bankruptcy Case No. 02-12687 (JKF) |
| | ) | |
| MICHAEL POPE, *et al.*, | ) | Civil Action No. 04-1406 (JJF) |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Adversary Case No. 04-55225 (PBL) |
| | ) | |
| DAN B. LAIN, *et al.*, | ) | |
| | ) | |
| Appellees | ) | |

**STIPULATION OF AGREEMENT OF VOLUNTARY DISMISSAL OF
APPEAL PURSUANT TO BANKRUPTCY RULE 8001(C)(2)**

Pursuant to Bankruptcy Rule 8001(c)(2), the parties to the above-captioned appeal, do hereby agree to the voluntary dismissal of the appeal of the Order of the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, entered on October 28, 2004 (the "Order") (Adv. Docket No. 8) (the "Appeal"). A Notice of Appeal of the Order was filed by Appellants on October 28, 2004 (Adv. Docket No. 9; Main Case Docket No. 1592).

The parties do hereby further agree to pay any court costs or fees associated with the Appeal or the voluntary dismissal thereof. Such costs and fees shall be borne by that party which incurred the respective cost or fee.

050708123138.DOC

A proposed form of Order dismissing the Appeal is annexed hereto.

Dated: 7/8/05

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:(302) 654-0248
Facsimile:(302) 654-0728
Email:loizides@loizides.com

Dated: 7/7/05

Irving Cohen, Esquire
COHEN POPE, LLC
1633 Broadway, 20th Floor
New York, NY 10019

*Counsel for Appellants Michael Pope,
Anthony DeFabbo and Eric Travers*

Dated: 7/11/05

Curtis Hehn, Esquire
PACHULSKI STANG ZIEHL YOUNG
        JONES & WEINTRAUB
919 Market Street, 16th Floor
Wilmington, DE 19801

*Counsel for the Debtors*

050708123138                           2

PAGE 3/3 * RCVD AT 7/8/2005 4:46:21 PM [Eastern Daylight Time] * SVR:PSZY1_FAXDE/22 * DNIS:6770 * CSID: * DURATION (mm-ss):00-38

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ACandS, Inc. | ) | Bankruptcy Case No. 02-12687 (JKF) |
| | ) | |
| MICHAEL POPE, *et al.*, | ) | Civil Action No. 04-1406 (JJF) |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Adversary Case No. 04-55225 (PBL) |
| | ) | |
| DAN B. LAIN, *et al.*, | ) | |
| | ) | |
| Appellees | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 12th day of July, 2005, I did cause to be served true and correct copies of the foregoing **Stipulation of Agreement of Voluntary Dismissal of Appeal Pursuant to Bankruptcy Rule 8001(C)(2)** on the parties listed on the attached service list as indicated thereon.

Dated: July 12, 2005

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:        loizides@loizides.com

*Counsel for Appellants Michael Pope,
Anthony DeFabbo and Eric Travers*

050708123138.DOC

**SERVICE LIST**

**VIA FACSIMILE AND FIRST CLASS MAIL**

Curtis Hehn, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub
919 No. Market Street, 16th Floor
Wilmington, DE  19801
*Fax:   302-652-4400*


**VIA FIRST CLASS MAIL**

Office of the United States Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, DE  19801